UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
                                              \*
JOHN GALVIN,                       \*
    Plaintiff                          \*
                                              \*
v.                                           \*
                                              \*
The Learning Annex, L.P. and The   \*       Docket No. _____
Learning Annex GP, LLC, as the     \*
Successor(s) and/or assignee(s) of \*
Educational Media Group, LLC d/b/a \*
One Day University; and Educational\*
Media Group, LLC,                  \*
    Defendants                       \*
                                              \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF REMOVAL FROM STATE COURT

Pursuant to 28 U.S.C. § 1332, § 1441, and § 1446, Defendants, The Learning Annex, L.P. and The Learning Annex GP, LLC, as the successor(s) and/or assignee(s) of Educational Media Group, LLC d/b/a One Day University; and Educational Media Group, LLC (hereinafter collectively the "Defendant") hereby give notice of removal of Civil Action No. 09-00244-A from the Superior Court Department of the Trial Court for Hampshire County, Massachusetts to the United States District Court for the District of Massachusetts, Western Division. In support of this Notice of Removal, the Defendant states:

**I.   GROUNDS FOR REMOVAL**

    1. This action was commenced by the filing of a Summons and Complaint on or about December 4, 2009, in the Superior Court of Hampshire County,

Massachusetts, Docket No. 09-00244-A (the "State Action"), by the plaintiff, John Galvin, against The Learning Annex, L.P. et al.

2. The State Action is a civil proceeding and is removable under 28 U.S.C. § 1441(b) on the grounds that there is diversity jurisdiction pursuant to 28 U.S.C. § 1332.

3. 28 U.S.C. § 1332(a) states, in relevant part that "[t]he district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between (1) Citizens of different states..." Id.

4. The plaintiff, John Galvin, is a citizen of Northampton, Massachusetts.

5. The Defendant is a Limited Partnership formed under the laws of the State of Delaware with a principal place of business in New York, New York.

6. The Plaintiff and Defendant are citizens of different states.

7. The Plaintiff is claiming damages in excess of $75,000, exclusive of interest and costs.

8. Accordingly, removal of the State Action is proper under 28 U.S.C. § 1332(a).

II. **REMOVAL IS TIMELY**

9. 28 U.S.C. § 1446 establishes the time frames and procedure to properly effectuate removal.

10. 28 U.S.C. § 1446(b) states, in pertinent part, "[t]he notice of removal of a civil action or proceeding shall be filed within thirty days after the receipt by the defendants, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief..." Id.

11. Defendant was served with the plaintiff's Complaint via its service agent on December 22, 2009. See <u>Exhibit A</u>.

12. Accordingly, this Notice has been timely filed.

### III. ALL OTHER PROCEDURES FOR REMOVAL HAVE BEEN FOLLOWED.

13. 28 U.S.C. § 1446(a) requires the Defendant to file "a copy of all process, pleadings and orders served upon such…defendants in such action." Plaintiff's Complaint and Summons attached hereto as <u>Exhibit A</u> constitutes "all process, pleadings and orders served" upon the Defendant to date.

14. Pursuant to 28 U.S.C. § 1446(d), all adverse parties to this action have been provided with written notice of the filing of this removal as evidenced by the attached Certificate of Service.

15. As required by 28 U.S.C. § 1446(d), Defendant will cause to be filed with the Superior Court Department of the Trial Court for Hampshire County a copy of this Notice of Removal.

WHEREFORE, Defendant respectfully requests that this action be removed to this Court and that the action be placed on the Docket of this Court for further proceedings.

Respectfully submitted
THE LEARNING ANNEX, ET AL.
By its attorneys,

*[signature]*

Andra J. Hutchins, Esq.
BBO #630066
ahutchins@kcl-law.com
Charles E. Gould, Esq.
BBO #665441
cgould@kcl-law.com
Kerstein, Coren & Lichtenstein LLP
60 Walnut Street
Wellesley, MA 02481
781-997-1600

Dated: 1-7-10

### CERTIFICATE OF SERVICE

I, Charles E. Gould, hereby certify that I have served a copy of the foregoing pleading on Plaintiff's counsel, Alfred Gordon, Pyle Rome Ehrenberg, PC, 18 Tremont Street, Boston, MA 02108 by first class mail this 7th day of January, 2010.

*[signature]*

Charles E. Gould